UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TINSLEY, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>VIVIAN CHOW,<br><br>   Defendant. | Case No. 25-cv-00477-AMO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On May 30, 2025, Plaintiffs Scott Tinsley and William Jeffrey Oliver, who are proceeding without counsel in this matter, filed a motion to voluntarily dismiss the above-captioned case without prejudice. ECF 16. Defendant Vivian Chow has filed no opposition to the motion, and the time for doing so has passed. *See* Civil L.R. 7-3. Accordingly, Plaintiffs' motion is **GRANTED AS UNOPPOSED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2025

                                  _____
                                  **ARACELI MARTÍNEZ-OLGUÍN**
                                  **United States District Judge**